

**Mars Khaimov Law, PLLC**

100 Duffy Avenue, Suite 510

Hicksville, New York 11801

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

VIA ECF
Honorable Judge Edgardo Ramos
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

August 15, 2023

Re:   *1:23-cv-03881-ER Jones v. Plenty Mercantile, LLC*

<u>Status Letter and Request for Adjournment of Conference</u>

Dear Judge Ramos,

  Plaintiff's counsel submits this letter-motion to seek an adjournment of the initial pretrial conference, currently scheduled for August 17th, 2023, at 11:30am. Counsel has been unsuccessful thus far in attempts to communicate with Defendant. Defendant has filed an answer herein, although the answer is from a representative of the company, not from an attorney and, as such, Defendants cannot currently appear in this case as it is pro se. Plaintiff requests a 45 day adjournment for Defendant to properly appear and proposes to reschedule the conference for October 2nd, 2023, or a date convenient to the Court. This is the first time relief is being requested.

  We thank the Court for its attention and consideration in this matter.

Respectfully submitted,

*/s/ Mars Khaimov*
Mars Khaimov, Esq.
Attorney for Plaintiff

---

The request for an adjournment is granted.  The initial pretrial conference is rescheduled for October 24 at 10:30 AM to allow Defendant additional time to retain counsel.

Plaintiff's counsel is directed to provide Defendant with a copy of this Memo Endorsement.

Defendant is advised that a corporation may not appear *pro se* before a federal court. *Carlone v. Lion & the Bull Films, Inc.*, 861 F. Supp. 2d 312, 318 (S.D.N.Y. 2012) (citing *Rowland v. California Men's Colony*, 506 U.S. 194, 201-02 (1993)).  Defendant's failure to retain counsel and enter an appearance may result in adverse consequences, including entry of default.

Edgardo Ramos, U.S.D.J.
Dated: August 15, 2023
New York, New York

